UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA GORSKI,

    Plaintiff,

v.                                                                       Case No. 06-11631
                                                                       Hon. Sean F. Cox

MYRIAD GENETICS,

    Defendant.
_____

## **ORDER**

      This matter is before the Court on Plaintiff's Motion to strike Defendant's Motion in limine regarding of evidence of sex plus age discrimination. In the Court's Order denying summary judgment, the Court pointed out in footnote six that it was not necessary to consider Plaintiff's statistical evidence in deciding on the motion. The Court explicitly did not rule on whether the evidence was appropriate. [Doc. 39, p.15, n.6].

      Plaintiff's Motion is **DENIED**.

      **IT IS SO ORDERED.**

                                      **S/Sean F. Cox**
                                      **Sean F. Cox**
                                      **United States District Judge**

**Dated: July 3, 2007**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on July 3, 2007, by electronic and/or ordinary mail.**

                                      **S/Jennifer Hernandez**
                                      **Case Manager**